UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

In re                                                                Case No. 14-55994

Linda J. Hayes
                                                                     Judge: HOFFMAN
_____
             Debtor(s)
                                                                     Chapter: 13

## MOTION FOR PAYMENT OF UNCLAIMED FUNDS

Under penalty of perjury, the Movant declares that the following statements and information are true and correct.

1. To the best of the Movant's knowledge, a check in the amount of $ 2,572.23 _____ was issued to _____ unclaimed registry fund _____ (name of original creditor/claimant).

2. To the best of the Movant's knowledge, the funds were tendered by the case trustee to the Bankruptcy Clerk and then to the United States Treasury.

3. The Movant's current address, phone number and social security number (last 4 digits only of social security number or complete EIN) are as follows:

Movant is deceased.  Release from Administration granted in Union County Probate Court

on 10/31/2019 in Case No. 2019 PE 175.  (Copy of Order Granting Release from

Administration is attached as Exhibit "A").

4. The Movant did not receive the check or did not negotiate the check for the following reason(s):

Movant passed away on April 3, 2018 (the funds were transmitted to the unclaimed registry

fund on August 9, 2018).

5. Movant represents that he/she is the owner of the funds, or is a legal representative of the owner, and is entitled to receive the funds. (If the movant is other than the owner of the funds, additional requirements pursuant to Local Bankruptcy Rule 3011-1(d) may apply to establish the right of payment of the unclaimed funds.)

6. Movant understands that pursuant to 18 U.S.C. §152, a fine or imprisonment or both may be imposed if he/she knowingly or fraudulently made any false statements in this document.

7. Wherefore, Movant requests an order directing the Clerk to pay the funds to the Movant at the above address.

_____
Movant's signature

Joseph L. Beyke, Attorney for Estate
Movant's printed name

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

In re

Linda J. Hayes

Debtor(s)

Case No. 14-55994

Judge: HOFFMAN

Chapter: 13

## NOTICE OF MOTION

Joseph L. Beyke, Attorney for Estate    has filed a Motion for Payment of Unclaimed Funds with the court.

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one. If you do not want the court to grant the relief sought in the motion/objection, then on or before **twenty-one (21) days from the date set forth in the certificate of service for the motion/objection**, you must file with the court a response explaining your position by mailing your response by regular U.S. Mail to: *(select office where case is/was pending)*

U.S. Bankruptcy Court, 120 West Third Street, Dayton, Ohio 45402

OR your attorney must file a response using the court's ECF System.

The court must **receive** your response on or before the above date. You must also send a copy of your response either by 1) the court's ECF System or by 2) regular U.S. Mail to:

Name:    Joseph L. Beyke, Attorney for Estate
Address: 8561 S. Mason-Montgomery Road, Suite 28
         Mason, Ohio 45040

and, *(List below the names and addresses of others to be served)*

Tad A. Semons
85 E. Gay Street, Suite 600
Columbus, Ohio 43215

William B. Logan
1160 Dublin Road, Suite 400
Columbus, Ohio 43215

Frank M. Pees
130 East Wilson Bridge, Suite 200
Worthington, Ohio 43085

US Trustee, Asst US Trustee
170 North High Street, Suite 200
Columbus, Ohio 43215

Faye D. English
Chapter 13 Trustee
10 West Broad Street, Suite 1600
Columbus, Ohio 43215

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief without further hearing or notice.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion for Payment of Unclaimed Funds was served on the following by ordinary U.S. Mail on the 6th day of November, 20 19.

*Debtor:*

n/a

*Debtor's Attorney:*

Tad A Semons
85 E. Gay St.
Suite 600
Columbus, OH 43215

*Case Trustee:*

Faye D. English, Chapter 13 Trustee
10 West Broad Street, Suite 1600
Columbus, OH 43215-3419

United States Attorney
303 Marconi Boulevard, Suite 200
Columbus, Ohio 43215

Indicate the office that was served:

☐ United States Trustee       *(Cincinnati cases)*
550 Main Street, Suite 4-812
Cincinnati, Ohio 45202

☑ United States Trustee       *(Columbus and Dayton cases)*
170 North High Street, Suite 200
Columbus, Ohio 43215

Joseph L. Beyke (0078115)
Movant's signature

PROBATE COURT OF <u>UNION</u> COUNTY, OHIO

ESTATE OF <u>LINDA J. HAYES</u>, DECEASED

CASE NO. <u>2019PE175</u>

## ENTRY RELIEVING ESTATE FROM ADMINISTRATION
[R.C. 2113.03]

Upon hearing the application to relieve decedent's estate from administration, the Court finds that:

Decedent died [check one of the following] - ☐ testate - ☒ intestate. The date of death and domicile are as stated in the application, and the Court has jurisdiction over the estate;

Notice to the surviving spouse, heirs at law, legatees, devisees, and other persons was duly effected or dispensed with by the Court as unnecessary;

The values of the several assets in the estate, given in the application do not exceed the statutory limits.

The Court therefore relieves the estate from administration, and orders [check and complete whichever of the following are applicable]:

☐ That the following personal property be sold [describe]:

_____

_____

☐ That the following debts of decedent shall be paid to the extent of assets:

_____

_____

☐ That the statutory family allowance be paid to the ☐ surviving spouse - ☐ minor children of the decedent - ☐ apportioned between the surviving spouse and minor children of the decedent who are not the children of the surviving spouse. Attach Form 7.2A if necessary.

☐ That Certificate of Transfer No. _____, attached to the application and describing decedent's real estate, issue and be preserved in the records of the Court and that authenticated copies of the certificate be delivered as required to the persons entitled to them;

☐ That the financial institutions holding accounts in decedent's name as set forth below pay the same upon proper tax release [check one of the following] - ☐ to the commissioner - ☐ to

_____

_____

_____

FORM 5.6 - ENTRY RELIEVING ESTATE FROM ADMINISTRATION

EXHIBIT A

(Reverse of Form 5.6)

☑ That the remainder of the estate be distributed in cash or in kind, as follows:

| Name of Distributee | Property | Value or Amount |
|---|---|---|
|  |  | $ |
| Thelma Mae Berry | Funds from Case 14 CV 0101 | $29,982.04 |
|  | Funds from bankruptcy case | $2,572.23 |

The Court appoints Thelma Mae Berry commissioner, to receive and sell or distribute the personal property or proceeds thereof, and to execute all necessary documents of conveyance, including without limitation those necessary to transfer title to any motor vehicle, motorcycle, watercraft, or other titled personal property sold or distributed in kind. The commissioner shall complete the duties and report to the Court within sixty days of the date of this entry.

October 31, 2019
Date

_[signature]_
PROBATE JUDGE

FILE
2019 OCT 31 AM 8:24