**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



John E. Hoffman, Jr.
United States Bankruptcy Judge

**Dated: November 8, 2019**

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN    DIVISION

| | |
|---|---|
| In re: Linda J Hayes | Case No.: 14-55994 |
| | Chapter: 7 |
| Debtor(s) | Judge: John E. Hoffman, Jr. |

### ORDER DENYING MOTION FOR PAYMENT OF UNCLAIMED FUNDS (DOC. NO. 79 ) DUE TO NONCOMPLIANCE WITH CODE AND/OR RULES

The above-referenced Motion for Payment of Unclaimed Funds (hereinafter, the "Motion") does not comply with the United States Bankruptcy Code and/or the Federal/Local Rules of Bankruptcy Procedure as noted below:

☒ The Motion was not accompanied by an IRS Form W-9, Request for Taxpayer Identification Number and Certification. An IRS W-9 must accompany the Motion before any unclaimed funds can be disbursed. (See LBR 3011-1(d).) For additional information refer to the Unclaimed Funds instruction page at: http://www.ohsb.uscourts.gov/CaseInformation/UnclaimedFunds.aspx.

☒ The motion fails to identify the original creditor / claimant.

The Motion is therefore **DENIED** without prejudice.

**IT IS SO ORDERED.**

**NOTE:** A form Motion for Payment of Unclaimed Funds that complies with our Local Bankruptcy Rules has been prepared by the Southern District of Ohio. While the use of this form motion is not required, parties requesting the release of unclaimed funds are strongly encouraged to use the form to ensure Local Rule compliance. The form is available on the Court's website at: **http://www.ohsb.uscourts.gov/pdffiles/UNCLAIMED_FUNDS_FORM.pdf**.

Copies To:
Default List

###