**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



_John E. Hoffman, Jr._
John E. Hoffman, Jr.
United States Bankruptcy Judge

**Dated: November 8, 2019**

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN        DIVISION

---

In re: Linda J Hayes

Debtor(s)

Case No.:  14-55994

Chapter: 7

Judge:  John E. Hoffman, Jr.

---

**ORDER DENYING MOTION FOR PAYMENT OF UNCLAIMED FUNDS  (DOC. NO.    79    )**
**DUE TO NONCOMPLIANCE WITH CODE AND/OR RULES**

The above-referenced Motion for Payment of Unclaimed Funds (hereinafter, the "Motion") does not comply with the United States Bankruptcy Code and/or the Federal/Local Rules of Bankruptcy Procedure as noted below:

☒    The Motion was not accompanied by an IRS Form W-9, Request for Taxpayer Identification Number and Certification. An IRS W-9 must accompany the Motion before any unclaimed funds can be disbursed. (See LBR 3011-1(d).) For additional information refer to the Unclaimed Funds instruction page at: http://www.ohsb.uscourts.gov/CaseInformation/UnclaimedFunds.aspx.

☒    The motion fails to identify the original creditor / claimant.

The Motion is therefore **DENIED** without prejudice.

**IT IS SO ORDERED.**

**NOTE:** A form Motion for Payment of Unclaimed Funds that complies with our Local Bankruptcy Rules has been prepared by the Southern District of Ohio. While the use of this form motion is not required, parties requesting the release of unclaimed funds are strongly encouraged to use the form to ensure Local Rule compliance. The form is available on the Court's website at: **http://www.ohsb.uscourts.gov/pdffiles/ UNCLAIMED_FUNDS_FORM.pdf**.

Copies To:
Default List

### ###

United States Bankruptcy Court
Southern District of Ohio

In re:                                                                    Case No. 14-55994-jeh
Linda J Hayes                                                             Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0648-2          User: fostera          Page 1 of 1          Date Rcvd: Nov 12, 2019
                             Form ID: pdf01          Total Noticed: 2


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 14, 2019.
db              #+Linda J Hayes,    1808 Creekview Dr.,    Marysville, OH 43040-9028
intp             +The Estate of Linda J. Hayes,    c/o Beyke Law, LLC,    8561 S. Mason-Montgomery Road,    Suite 28,
                  Mason, OH 45040-9387

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 14, 2019                                 Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 12, 2019 at the address(es) listed below:
          Adam Bradley Hall    on behalf of Creditor    PNC Bank, National Association amps@manleydeas.com
          Asst US Trustee (Col)    ustpregion09.cb.ecf@usdoj.gov
          Joseph  Beyke    on behalf of Interested Party    The Estate of Linda J. Hayes jbeyke@beykelaw.com
          Nicholas Edward O'Bryan    on behalf of Creditor    PNC Bank, National Association
           bkecf@padgettlawgroup.com,    brian.jackson@padgettlawgroup.com
          Tad A Semons    on behalf of Debtor Linda J Hayes tadsemons@att.net
          William B Logan    wlogan@lnlattorneys.com,    wbl@trustesolutions.net
                                                                              TOTAL: 6